IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KATHY J. MOORE, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>JIMMY H. BAKER, in his )<br>official capacity as )<br>Chancellor of the Alabama )<br>Community College System; )<br>et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:18cv6-MHT<br>(WO) |

## OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404(a). Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 52) are overruled.

(2) The magistrate judge's recommendation (doc. no. 51) is adopted.

(3) The motions to transfer venue (doc. nos. 29 & 41) are granted.

(4) All other pending motions are left for resolution by the transferee court.

(5) This case is transferred to the United States District Court for the Southern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 13th day of July, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**